# UNITED STATES DISTRICT COURT
## for the
### Northern District of Indiana

United States of America
v.
RICHARD SMITH

Defendant

Case No. 2:17 CR 47

-FILED-

JUN 23 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICHARD SMITH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21:846 CONSPIRACY TO DISTRIBUTE CRACK COCAINE

Date: 06/22/2017

City and state: HAMMOND INDIANA

/s/ Robert N Trgovich (kjp)
*Issuing officer's signature*

ROBERT N TRGOVICH, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 6/23/17, and the person was arrested on *(date)* 6/23/17
at *(city and state)* GARY, IN.

Date: 6/23/17

Francisco [signature]
*Arresting officer's signature*

Francisco Carrill
*Printed name and title*