UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.   2:17 CR 047 |
| | ) | |
| RICHARD SMITH | ) | |

NOTICE OF MANUAL FILING

A CD containing 'Exhibit 2' regarding docket entry # 237 [Government's Response to Motion], has been filed with the Clerk's Office and should be maintained in the case file in the Clerk's Office subject to further order of the court.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

 /s/ *Thomas R. Mahoney*
Thomas R. Mahoney
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that on January 30, 2018, I personally filed the above mentioned item and electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filings to counsel of record.

*/s/ Jessica A. Taulbee*
Jessica A. Taulbee
Legal Assistant
