UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:17-CR-00047 |
| ) | |
| RICHARD SMITH, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ADVANCE SENTENCING

Comes now the Defendant, by counsel, Michael W. Bosch, and moves the Court to advance the sentencing of Richard Smith, and in support thereof, shows the Court as follows:

1. That this matter is currently set for sentencing on Thursday, August 15, 2019 at 1:30 p.m.

2. Although not binding from the Court, according to paragraph 1.11 of the Presentence Report, a Guideline range for this Defendant is 24 to 30 months.

3. Also, pursuant to the Plea Agreement, the Government has agreed to recommend that Defendant be sentenced to the low end of the of the Guideline range. Additionally, the Government has filed a Notice that they do not object to anything contained in the Presentence Report.

4. That Defendant has been detained since his arrest on June 23, 2017. Accordingly, the Defendant has already been detained in excess of 24 months.

WHEREFORE, the Defendant, by counsel, moves this Court to advance his sentencing date.

Respectfully submitted,

/s/ Michael W. Bosch
Michael W. Bosch
Attorney at Law
3235 – 45th Street
Highland, IN 46322
Phone: (219) 972-2000
Fax: (219)838-1909
Email: mbosch@netnitco.net
*Attorney for Defendant*

CERTIFIFCATE OF SERVICE

I hereby certify that on the 1st day of July, 2019, I electronically filed Motion to Advance Sentencing on behalf of Defendant, Richard Smith, with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to the following:

Thomas Mahoney
Thomas.Mahoney2@usdoj.gov

/s/ Michael W. Bosch
Attorney for Defendant
Richard Smith